UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BARNEY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-v.-<br><br>H.E.L.P. HOMELESS SERVICE CORPORATION,<br><br>　　　　　　　　　　Defendant. | 19 Civ. 5959 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

　　　There is a conference scheduled in this action for December 8, 2020, at 3:00 p.m.  The conference is hereby CONVERTED to a telephone conference.  The dial-in information is as follows: At 3:00 p.m., the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 3:00 p.m.

　　　SO ORDERED.

Dated:　December 4, 2020
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge